**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOHN HUBER
    BROOKE M. HUBER                    Case No. 23-20733JAD

           Debtor(s)              Chapter 13

    Ronda J. Winnecour              Document No._____

          Movant
      vs.

NATIONSTAR MORTGAGE LLC(*)

         Respondent(s)

INTERIM NOTICE OF CURE OF ARREARS

        Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

        The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 54
Court Claim Number - 46

                                     /s/  Ronda J. Winnecour

     9/12/2023                      RONDA J WINNECOUR PA ID #30399
                                   CHAPTER 13 TRUSTEE WD PA
                                   600 GRANT STREET
                                   SUITE 3250 US STEEL TWR
                                   PITTSBURGH, PA  15219
                                   (412) 471-5566
                                   cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOHN HUBER
    BROOKE M. HUBER

|  |  |
|---|---|
| Debtor(s) | Case No.:23-20733JAD |
|  | Chapter 13 |
| Ronda J. Winnecour | Document No.____ |
| Movant | |
| vs. | |
| NATIONSTAR MORTGAGE LLC(*) | |
| Respondent(s) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

JOHN HUBER, BROOKE M. HUBER, 7702 LAFAYETTE SQUARE, ALIQUIPPA, PA  15001

 MATTHEW M BRENNAN ESQ, 201 S HIGHLAND AVE STE 201, PITTSBURGH, PA 15206

NATIONSTAR MORTGAGE LLC(*), PO BOX 619094, DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC**, ATTN BANKRUPTCY NOTICES - LEGAL, PO BOX 619096,
DALLAS, TX  75261-9741
 BROCK & SCOTT PLLC*, 3825 FORRESTGATE DR, WINSTON SALEM, NC  27103

---

09/12/2023

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com