2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 23-20733-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John Huber<br>7702 Lafayette Square<br>Aliquippa PA 15001 | Brooke M. Huber<br>7702 Lafayette Square<br>Aliquippa PA 15001 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 | Resurgent Receivables LLC<br>PO Box 10587<br>Greenville<br>SC<br>29603 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/15/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-20733-JAD
John Huber                                                                                      Chapter 13
Brooke M. Huber
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2
Date Rcvd: Dec 13, 2024        Form ID: trc        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15588932 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2024 23:40:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Joint Debtor Brooke M. Huber attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Debtor John Huber attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 13, 2024 | Form ID: trc | Total Noticed: 1 |

Ryan Starks
    on behalf of Creditor Nationstar Mortgage LLC Ryan.Starks@brockandscott.com  wbecf@brockandscott.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 8